# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Pape Sow

**Petitioner,**

**V.**

Mark Wayne Mullin, Secretary of Homeland Security; Todd Blanche, Attorney General o f the United States;

**Respondent.**

**Civil Action No.** 26-cv-4041-AGS-MMP

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Based on petitioner's response (ECF 6 ), his habeas petition is denied for the same reason his second petition was denied. See Sow v. Warden, 26-cv-2398-AGS-MMP (S.D. Cal. June 16, 2026). The case is hereby closed.

**Date:** 08/04/2026

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ M. Fujita
M. Fujita, Deputy